1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   MOE KESHAVARZI, Cal. Bar No. 223759
3  JOHN T. BROOKS, Cal. Bar No. 167793
   ANDREA N. FEATHERS, Cal. Bar No. 287188
4  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
5  Telephone:  213.620.1780
   Facsimile:   213.620.1398
6  E-mail      mkeshavarzi@sheppardmullin.com
               jbrooks@sheppardmullin.com
7              afeathers@sheppardmullin.com

8  ROBERT J. GUITE, Cal. Bar No. 244590
   Four Embarcadero Center, 17th Floor
9  San Francisco, CA 94111-4109
   Tel:    (415) 434-9100
10 Fax:   (415) 434-3947
   E-mail:    rguite@sheppardmullin.com
11
   Attorneys for Defendant Kaiser Foundation
12 Health Plan, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| JACQUELINE ADAN, on behalf of herself and all others similarly situated, | Case No. 4:17-cv-01076 |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION OF COUNSEL TO CONTINUE CASE MANAGEMENT CONFERENCE TO SAME DATE AS HEARING ON MOTION TO DISMISS OR STRIKE** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC., | The Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

SMRH:482804320.1  [PROPOSED] ORDER RE STIPULATION OF COUNSEL TO CONTINUE CASE MANAGEMENT CONFERENCE

## ORDER

The Court, having considered the Stipulation of Counsel to Continue the Case Management Conference, and good cause having been show, orders as follows:

1. The Case Management Conference currently set for June 2, 2017 at 2:00 p.m. is continued to June 29, 2017 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 11, 2017

                                              HONORABLE HAYWOOD S. GILLIAM, JR.
                                              UNITED STATES DISTRICT JUDGE