1 ROBERT S. GIANELLI, #82116
  JOSHUA S. DAVIS, #193187
2 ADRIAN J. BARRIO, #219266
  GIANELLI & MORRIS, A Law Corporation
3 550 South Hope Street, Suite 1645
  Los Angeles, California 90071
4 Tel: (213) 489-1600; Fax: (213) 489-1611
  rob.gianelli@gmlawyers.com
5 joshua.davis@gmlawyers.com
  adrian.barrio@gmlawyers.com
6
  Attorneys for Plaintiff Jacqueline Adan
7 on behalf of herself and all others similarly situated

8
  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9 A Limited Liability Partnership
  Including Professional Corporations
10 MOE KESHAVARZI, Cal. Bar No. 223759
   JOHN T. BROOKS, Cal. Bar No. 167793
11 ANDREA N. FEATHERS, Cal. Bar No. 287188
   333 South Hope Street, 43rd Floor
12 Los Angeles, California 90071-1422
   Tel: (213) 620-1780; Fax: (213) 620-1398
13 mkeshavarzi@sheppardmullin.com
   jbrooks@sheppardmullin.com
14 afeathers@sheppardmullin.com

15 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   ROBERT J. GUITE, Cal. Bar No. 244590
16 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
17 Tel: (415) 434-9100; Fax: (415) 434-3947
   rguite@sheppardmullin.com
18
   Attorneys for Defendant
19 Kaiser Foundation Health Plan, Inc.

20                    UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JACQUELINE ADAN, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>   Defendant. | Case No. 4:17-cv-01076-HSG<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Current Date:  April 3, 2018, 2:00 p.m.<br>Requested Date: April 24, 2018, 2:00 p.m. |

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | WHEREAS, on March 6, 2018 the Court issued an order granting in part Kaiser |
| 3 | Foundation Health Plan, Inc.'s ("Kaiser's") Motion to Dismiss, in part, and set a case management |
| 4 | conference for April 3, 2018, 2:00 p.m. (Dkt. No. 37); |
| 5 | WHEREAS, lead counsel for Kaiser is unavailable for the Case Management Conference |
| 6 | on April 3 and requested that Plaintiff's counsel stipulate a short continuance of the Case |
| 7 | Management Conference. Plaintiff's counsel agreed; |
| 8 | WHEREAS, the Court holds case management conferences on Tuesday afternoons and the |
| 9 | first date Tuesday after April 3 on which counsel for both parties are available is April 24; |
| 10 | THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED |
| 11 | that this Court continue the April 3, 2018 case management conference to Tuesday, April 24, 2018 |
| 12 | at 2:00 p.m. and the due date for the joint case management statement be continued to April 17, |
| 13 | 2018. |

DATED: March 21, 2018          SHEPPARD MULLIN RICHTER & HAMPTON


By: */s/Robert J. Guite*
    MOE KESHAVARZI
    JOHN T. BROOKS
    ROBERT J. GUITE
    ANDREA N. FEATHERS
    Attorneys for Defendant Kaiser Foundation
    Health Plan, Inc.


DATED: March 21, 2018          GIANELLI & MORRIS


By: */s/ Adrian J. Barrio*
    ROBERT S. GIANELLI
    JOSHUA S. DAVIS
    ADRIAN J. BARRIO
    Attorneys for Plaintiff, Jacqueline Adan

## SIGNATURE CERTIFICATION

As the attorney e-filing this document, I hereby certify that this document is acceptable to Plaintiffs' counsel Adrian Barrio and that I have his authorization to affix his electronic signature to this document.

DATED: March 21, 2018         SHEPPARD MULLIN RICHTER & HAMPTON


By: */s/Robert J. Guite*
    MOE KESHAVARZI
    JOHN T. BROOKS
    ROBERT J. GUITE
    ANDREA N. FEATHERS
    Attorneys for Defendant Kaiser Foundation
    Health Plan, Inc.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | In accordance with the above Stipulation of the parties which is hereby incorporated by |
| 3 | reference, and for good cause appearing therefore, the Court orders as follows: |
| 4 | IT IS HEREBY ORDERED that the case management conference set for April 3, 2018 at |
| 5 | 2:00 p.m. be continued to April 24, 2018 at 2:00 p.m.; the due date for the joint case management |
| 6 | statement is continued to April 17, 2018. |

Dated: March 21, 2018

_Haywood S. Gilliam, Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Judge