ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, California 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

Attorneys for Plaintiff
JACQUELINE ADAN, on behalf of herself and
all others similarly situated

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
MOE KESHAVARZI, Cal. Bar No. 223759
JOHN T. BROOKS, Cal. Bar No. 167793
ANDREA N. FEATHERS, Cal. Bar No. 287188
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Tel: (213) 620-1780; Fax: (213) 620-1398
mkeshavarzi@sheppardmullin.com
jbrooks@sheppardmullin.com
afeathers@sheppardmullin.com

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JACQUELINE ADAN, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Defendant. | CASE NO.: 4:17-cv-01076-HSG (MEJx) <br> Assigned to Hon. Haywood S. Gilliam, Jr. <br><br> **JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** <br><br> Current Date: April 24, 2018 <br> Requested Date: July 17, 2018 |

*Joint Stipulation and Request To Continue CMC [CN: 4:17-cv-1076-HSG]*

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | WHEREAS, on March 6, 2018 the Court issued an order granting in part and denying in |
| 3 | part Kaiser Foundation Health Plan, Inc.'s ("Kaiser's") Motion to Dismiss, and set a case |
| 4 | management conference for April 3, 2018, at 2:00 p.m. (Dkt. No. 37); |
| 5 | WHEREAS, pursuant to the joint request and stipulation of the parties, this Court continued |
| 6 | the April 3, 2018 case management conference to Tuesday, April 24, 2018 at 2:00 p.m. and ordered |
| 7 | that the due date for the joint case management statement be continued to April 17, 2018; |
| 8 | WHEREAS, in its March 6, 2018 order granting in part and denying in part Defendant's |
| 9 | Motion to Dismiss, the Court asked the parties to address whether it would be productive for the |
| 10 | parties to renew their ADR efforts earlier than the October 2018 deadline contained in the parties' |
| 11 | Joint CMC Statement filed on June 22, 2017, among other issues; |
| 12 | WHEREAS, prompted by the Court's inquiry, the parties are currently engaged in |
| 13 | settlement negotiations, have reached agreement on several key points, and believe that a reasonable |
| 14 | continuance of the Case Management Conference for approximately ninety (90) days will enable the |
| 15 | parties to resolve this action without further Court intervention; |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | |

| | |
|---|---|
| 1 | THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that |
| 2 | this Court continue the April 24, 2018 case management conference to Tuesday, July 17, 2018 at 2:00 |
| 3 | p.m. and the due date for the joint case management statement be continued to July 10, 2018. If this |
| 4 | case does not settle, the parties will address the issues itemized by the Court in its March 6, 2018 |
| 5 | order in the parties' joint case management statement. |

DATED: April 16, 2018                    GIANELLI & MORRIS

By:   /s/ Adrian J. Barrio
    ROBERT S. GIANELLI
    JOSHUA S. DAVIS
    ADRIAN J. BARRIO
    Attorneys for Plaintiff

DATED: April 16, 2018                    SHEPPARD MULLIN RICHTER & HAMPTON

By:   /s/ Robert J. Guite
    MOE KESHAVARZI
    JOHN T. BROOKS
    ROBERT J. GUITE
    ANDREA N. FEATHERS
    Attorneys for Defendant Kaiser
    Foundation Health Plan, Inc.

## **SIGNATURE CERTIFICATION**

As the attorney e-filing this document, I herby certify that this document is acceptable to Defendants' counsel Robert J. Guite and that I have his authorization to affix his electronic signature to this document.

DATED: April 16, 2018　　　　　　　　　　　GIANELLI & MORRIS

　　　　　　　　　　　　　　　　　　　　　By:　/s/ Adrian J. Barrio
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT S. GIANELLI
　　　　　　　　　　　　　　　　　　　　　　　　JOSHUA S. DAVIS
　　　　　　　　　　　　　　　　　　　　　　　　ADRIAN J. BARRIO
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**ORDER**

In accordance with the above Stipulation of the parties which is herby incorporated by reference, and for good cause appearing therefore, the Court orders as follows:

IT IS HEREBY ORDERED that the case management conference set for April 24, 2018 at 2:00 p.m. be continued to July 17, 2018 at 2:00 p.m.; the due date for the joint case management statement is continued to July 10, 2018.

DATED: April 16, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge