SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MOE KESHAVARZI, Cal. Bar No. 223759
JOHN T. BROOKS, Cal. Bar No. 167793
ROBERT J. GUITE, Cal. Bar No. 244590
ANDREA N. FEATHERS, Cal. Bar No. 287188
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
E-mail        mkeshavarzi@sheppardmullin.com
              jbrooks@sheppardmullin.com
              rguite@sheppardmullin.com
              afeathers@sheppardmullin.com

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, California 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

Attorneys for Plaintiff
JACQUELINE ADAN, on behalf of herself and
all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JACQUELINE ADAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | Case No. 4:17-cv-01076-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Current Date: July 17, 2018<br>Requested Date: October 2, 2018 |

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | WHEREAS, on March 6, 2018 the Court issued an order granting in part and denying in |
| 3 | part Kaiser Foundation Health Plan, Inc.'s ("Kaiser's") Motion to Dismiss, and set a case |
| 4 | management conference for April 3, 2018, at 2:00 p.m. (Dkt. No. 37); |
| 5 | WHEREAS, pursuant to the joint request and stipulation of the parties, this Court |
| 6 | continued the April 3, 2018 case management conference to Tuesday, April 24, 2018 at 2:00 p.m. |
| 7 | and ordered that the due date for the joint case management statement be continued to April 17, |
| 8 | 2018; |
| 9 | WHEREAS, in its March 6, 2018 order granting in part and denying in part Defendant's |
| 10 | Motion to Dismiss, the Court asked the parties to address whether it would be productive for the |
| 11 | parties to renew their ADR efforts earlier than the October 2018 deadline contained in the parties' |
| 12 | Joint CMC Statement filed on June 22, 2017, among other issues; |
| 13 | WHEREAS, prompted by the Court's inquiry, the parties began engaging in settlement |
| 14 | negotiations and therefore requested continuance of the Case Management Conference; |
| 15 | WHEREAS, on April 16, 2018, the Court granted the parties' stipulation to continue the |
| 16 | Case Management Conference to July 17, 2018, with the case management statement due July 10, |
| 17 | 2018; |
| 18 | WHEREAS, the parties are still engaged in settlement negotiations, have reached |
| 19 | agreement on several key points, and believe that a reasonable continuance of the Case |
| 20 | Management Conference for approximately seventy-five (75) days will enable the parties to |
| 21 | resolve this action without further Court intervention; |
| 22 | THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED |
| 23 | that this Court continue the July 17, 2018 case management conference to Tuesday, October 2, |
| 24 | 2018 at 2:00 p.m., and that the due date for the joint case management statement be continued to |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

1 | Tuesday, September 25, 2018. If this case does not settle, the parties will address the issues
2 | itemized by the Court in its March 6, 2018 order in the parties' joint case management statement.

Dated: July 10, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ *Robert J. Guite*
MOE KESHAVARZI
JOHN T. BROOKS
ROBERT J. GUITE
ANDREA N. FEATHERS

Attorneys for Defendant Kaiser Foundation
Health Plan, Inc.

Dated: July 10, 2018

GIANELLI & MORRIS

By /s/ *Adrian J. Barrio*
ROBERT S. GIANELLI
JOSHUA S. DAVIS
ADRIAN J. BARRIO

Attorneys for Plaintiff

## **SIGNATURE CERTIFICATION**

As the attorney e-filing this document, I hereby certify that this document is acceptable to Plaintiff's counsel Adrian J. Barrio and that I have his authorization to affix his electronic signature to this document.

Dated: July 10, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ *Robert J. Guite*
MOE KESHAVARZI
JOHN T. BROOKS
ROBERT J. GUITE
ANDREA N. FEATHERS

Attorneys for Defendant Kaiser Foundation Health Plan, Inc.

## **ORDER**

In accordance with the above Stipulation of the parties which is hereby incorporated by reference, and for good cause appearing therefore, the Court orders as follows:

IT IS HEREBY ORDERED that the case management conference set for July 17, 2018 at 2:00 p.m. be continued to October 2, 2018 at 2:00 p.m.; the due date for the joint case management statement is continued to September 25, 2018.

Dated: July 11, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge