ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, California 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

Attorneys for Plaintiff
JACQUELINE ADAN, on behalf of herself and
all others similarly situated

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
MOE KESHAVARZI, Cal. Bar No. 223759
JOHN T. BROOKS, Cal. Bar No. 167793
ROBERT J. GUITE, Cal. Bar No. 244590
ANDREA N. FEATHERS, Cal. Bar No. 287188
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Tel: (213) 620-1780; Fax: (213) 620-1398
mkeshavarzi@sheppardmullin.com
jbrooks@sheppardmullin.com
rguite@sheppardmullin.com
afeathers@sheppardmullin.com

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JACQUELINE ADAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | CASE NO.: 4:17-cv-01076-HSG (MEJx)<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current Date:    October 2, 2018<br>Requested Date:  November 13, 2018 |

---

*Joint Stipulation and Request To Continue CMC [CN: 4:17-cv-1076-HSG]*

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | WHEREAS, on March 6, 2018 the Court issued an order granting in part and denying in |
| 3 | part Kaiser Foundation Health Plan, Inc.'s ("Kaiser's") Motion to Dismiss, and set a case |
| 4 | management conference for April 3, 2018, at 2:00 p.m. (Dkt. No. 37); |
| 5 | WHEREAS, pursuant to the joint request and stipulation of the parties, this Court continued |
| 6 | the April 3, 2018 case management conference to Tuesday, April 24, 2018 at 2:00 p.m. and ordered |
| 7 | that the due date for the joint case management statement be continued to April 17, 2018; |
| 8 | WHEREAS, in its March 6, 2018 order granting in part and denying in part Defendant's |
| 9 | Motion to Dismiss, the Court asked the parties to address whether it would be productive for the |
| 10 | parties to renew their ADR efforts earlier than the October 2018 deadline contained in the parties' |
| 11 | Joint CMC Statement filed on June 22, 2017, among other issues; |
| 12 | WHEREAS, prompted by the Court's inquiry, the parties began engaging in settlement |
| 13 | negotiations and therefore requested continuance of the Case Management Conference; |
| 14 | WHEREAS, on April 16, 2018, the Court granted the parties' stipulation to continue the |
| 15 | Case Management Conference to July 17, 2018, with the case management statement due July 10, |
| 16 | 2018; |
| 17 | WHEREAS, on July 11, 2018, the Court granted the parties' stipulation to continue the Case |
| 18 | Management Conference to October 2, 2018, with the case management statement due on |
| 19 | September 25, 2018; |
| 20 | WHEREAS, the parties are still engaged in settlement negotiations, have reached agreement |
| 21 | on several key points, and believe that a reasonable continuance of the Case Management |
| 22 | Conference for approximately thirty to forty-five (30-45) days will enable the parties to resolve this |
| 23 | action without further Court intervention; |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | |

THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that this Court continue the October 2, 2018 case management conference to Tuesday, November 13, 2018 at 2:00 p.m., and that the due date for the joint case management statement be continued to Tuesday, November 6, 2018. If this case does not settle, the parties will address the issues itemized by the Court in its March 6, 2018 order in the parties' joint case management statement.

DATED: September 25, 2018         GIANELLI & MORRIS

                                  By:  /s/ Adrian J. Barrio
                                       ROBERT S. GIANELLI
                                       JOSHUA S. DAVIS
                                       ADRIAN J. BARRIO
                                       Attorneys for Plaintiff

DATED: September 25, 2018         SHEPPARD MULLIN RICHTER & HAMPTON

                                  By:  /s/ Robert J. Guite
                                       MOE KESHAVARZI
                                       JOHN T. BROOKS
                                       ROBERT J. GUITE
                                       ANDREA N. FEATHERS
                                       Attorneys for Defendant Kaiser
                                       Foundation Health Plan, Inc.

## SIGNATURE CERTIFICATION

As the attorney e-filing this document, I hereby certify that this document is acceptable to Defendants' counsel Robert J. Guite and that I have his authorization to affix his electronic signature to this document.

DATED: September 25, 2018                                      GIANELLI & MORRIS

By: /s/ Adrian J. Barrio
ROBERT S. GIANELLI
JOSHUA S. DAVIS
ADRIAN J. BARRIO
Attorneys for Plaintiff

**[PROPOSED] ORDER**

In accordance with the above Stipulation of the parties which is herby incorporated by reference, and for good cause appearing therefore, the Court orders as follows:

IT IS HEREBY ORDERED that the case management conference set for October 2, 2018 at 2:00 p.m. be continued to November 13, 2018 at 2:00 p.m. The due date for the joint case management statement is continued to November 6, 2018.

DATED: September __26__, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge