1  ROBERT S. GIANELLI, #82116
   JOSHUA S. DAVIS, #193187
2  ADRIAN J. BARRIO, #219266
   GIANELLI & MORRIS, A Law Corporation
3  550 South Hope Street, Suite 1645
   Los Angeles, California 90071
4  Tel: (213) 489-1600; Fax: (213) 489-1611
5  rob.gianelli@gmlawyers.com
   joshua.davis@gmlawyers.com
6  adrian.barrio@gmlawyers.com

7  Attorneys for Plaintiff
8  JACQUELINE ADAN, on behalf of herself and
   all others similarly situated

9
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10 A Limited Liability Partnership
   MOE KESHAVARZI, Cal. Bar No. 223759
11 JOHN T. BROOKS, Cal. Bar No. 167793
   ROBERT J. GUITE, Cal. Bar No. 244590
12 ANDREA N. FEATHERS, Cal. Bar No. 287188
   333 South Hope Street, 43rd Floor
13 Los Angeles, California 90071-1422
   Tel: (213) 620-1780; Fax: (213) 620-1398
14 mkeshavarzi@sheppardmullin.com
   jbrooks@sheppardmullin.com
15 rguite@sheppardmullin.com
   afeathers@sheppardmullin.com
16
   Attorneys for Defendant
17 Kaiser Foundation Health Plan, Inc.

18              UNITED STATES DISTRICT COURT
19
            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
20

21
   JACQUELINE ADAN, on behalf of herself    )   CASE NO.: 4:17-cv-01076-HSG (MEJx)
22 and all others similarly situated,        )   Assigned to Hon. Haywood S. Gilliam, Jr.
                                             )
23              Plaintiff,                   )   **JOINT STIPULATION AND REQUEST**
                                             )   **TO CONTINUE CASE MANAGEMENT**
24     v.                                    )   **CONFERENCE; [PROPOSED] ORDER**
                                             )
25                                           )   Current Date:    November 13, 2018
                                             )   Requested Date:  December 18, 2018
26 KAISER FOUNDATION HEALTH PLAN,            )
   INC.,                                     )
27              Defendant.                   )
                                             )
28 _____  )

---

*Joint Stipulation and Request To Continue CMC [CN: 4:17-cv-1076-HSG]*

**JOINT STIPULATION**

WHEREAS, on March 6, 2018 the Court issued an order granting in part and denying in part Kaiser Foundation Health Plan, Inc.'s ("Kaiser's") Motion to Dismiss, and set a case management conference for April 3, 2018, at 2:00 p.m. (Dkt. No. 37);

WHEREAS, pursuant to the joint request and stipulation of the parties, this Court continued the April 3, 2018 case management conference to Tuesday, April 24, 2018 at 2:00 p.m. and ordered that the due date for the joint case management statement be continued to April 17, 2018;

WHEREAS, in its March 6, 2018 order granting in part and denying in part Defendant's Motion to Dismiss, the Court asked the parties to address whether it would be productive for the parties to renew their ADR efforts earlier than the October 2018 deadline contained in the parties' Joint CMC Statement filed on June 22, 2017, among other issues;

WHEREAS, prompted by the Court's inquiry, the parties began engaging in settlement negotiations and therefore requested continuance of the Case Management Conference;

WHEREAS, on April 16, 2018, the Court granted the parties' stipulation to continue the Case Management Conference to July 17, 2018, with the case management statement due July 10, 2018;

WHEREAS, on July 11, 2018, the Court granted the parties' stipulation to continue the Case Management Conference to October 2, 2018, with the case management statement due on September 25, 2018;

WHEREAS, on September 26, 2018, the Court granted the parties' stipulation to continue the Case Management Conference to November 13, 2018, with the case management statement due on November 6, 2018;

WHEREAS, the parties' settlement discussions are at a standstill;

WHEREAS, the exhaustion process contemplated by the Court's March 6, 2018 Order did not commence while settlement discussions were ongoing but now has commenced, and Kaiser requested additional information from Plaintiff, including photographs that were received by Kaiser's counsel on October 30, 2018, to consider as part of Plaintiff's submissions. The parties believe that a reasonable continuance of the Case Management Conference for approximately thirty

(30) days will enable Kaiser to consider Plaintiff's submissions and attempt to complete the initial review so that the parties may assess the outstanding issues and develop a plan for moving forward;

THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that this Court continue the November 13, 2018 case management conference to Tuesday, December 18, 2018 at 2:00 p.m., and that the due date for the joint case management statement be continued to Tuesday, December 11, 2018. The parties will address the issues itemized by the Court in its March 6, 2018 order in the parties' joint case management statement.

DATED: November 2, 2018                    GIANELLI & MORRIS

                                           By:   /s/ Adrian J. Barrio
                                                 ROBERT S. GIANELLI
                                                 JOSHUA S. DAVIS
                                                 ADRIAN J. BARRIO
                                                 Attorneys for Plaintiff


DATED: November 2, 2018                    SHEPPARD MULLIN RICHTER & HAMPTON

                                           By:   /s/ Robert J. Guite
                                                 MOE KESHAVARZI
                                                 JOHN T. BROOKS
                                                 ROBERT J. GUITE
                                                 ANDREA N. FEATHERS
                                                 Attorneys for Defendant Kaiser
                                                 Foundation Health Plan, Inc.

## SIGNATURE CERTIFICATION

As the attorney e-filing this document, I hereby certify that this document is acceptable to Defendants' counsel Robert J. Guite and that I have his authorization to affix his electronic signature to this document.

DATED: November 2, 2018                    GIANELLI & MORRIS

                                           By:  /s/ Adrian J. Barrio
                                                ROBERT S. GIANELLI
                                                JOSHUA S. DAVIS
                                                ADRIAN J. BARRIO
                                                Attorneys for Plaintiff

## [PROPOSED] ORDER

In accordance with the above Stipulation of the parties which is herby incorporated by reference, and for good cause appearing therefore, the Court orders as follows:

IT IS HEREBY ORDERED that the case management conference set for November 13, 2018 at 2:00 p.m. be continued to December 18, 2018 at 2:00 p.m. The due date for the joint case management statement is continued to December 11, 2018.

DATED: November __5_, 2018

/s/ Haywood S. Gilliam Jr.
Honorable Haywood S. Gilliam, Jr.
United States District Judge