ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, California 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

Attorneys for Plaintiff
JACQUELINE ADAN, on behalf of herself and
all others similarly situated

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
MOE KESHAVARZI, Cal. Bar No. 223759
JOHN T. BROOKS, Cal. Bar No. 167793
ROBERT J. GUITE, Cal. Bar No. 244590
ANDREA N. FEATHERS, Cal. Bar No. 287188
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Tel: (213) 620-1780; Fax: (213) 620-1398
mkeshavarzi@sheppardmullin.com
jbrooks@sheppardmullin.com
rguite@sheppardmullin.com
afeathers@sheppardmullin.com

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JACQUELINE ADAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | CASE NO.: 4:17-cv-01076-HSG (MEJx)<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current Date:   December 18, 2018<br>Requested Date: February 26, 2019 |

**JOINT STIPULATION**

WHEREAS, on March 6, 2018 the Court issued an order granting in part and denying in part Kaiser Foundation Health Plan, Inc.'s ("Kaiser's") Motion to Dismiss, and set a case management conference for April 3, 2018, at 2:00 p.m. (Dkt. No. 37);

WHEREAS, pursuant to the joint request and stipulation of the parties, this Court continued the April 3, 2018 case management conference to Tuesday, April 24, 2018 at 2:00 p.m. and ordered that the due date for the joint case management statement be continued to April 17, 2018;

WHEREAS, in its March 6, 2018 order granting in part and denying in part Defendant's Motion to Dismiss, the Court asked the parties to address whether it would be productive for the parties to renew their ADR efforts earlier than the October 2018 deadline contained in the parties' Joint CMC Statement filed on June 22, 2017, among other issues;

WHEREAS, prompted by the Court's inquiry, the parties began engaging in settlement negotiations and therefore requested continuance of the Case Management Conference;

WHEREAS, on April 16, 2018, the Court granted the parties' stipulation to continue the Case Management Conference to July 17, 2018, with the case management statement due July 10, 2018;

WHEREAS, on July 11, 2018, the Court granted the parties' stipulation to continue the Case Management Conference to October 2, 2018, with the case management statement due on September 25, 2018;

WHEREAS, on September 26, 2018, the Court granted the parties' stipulation to continue the Case Management Conference to November 13, 2018, with the case management statement due on November 6, 2018;

WHEREAS, on November 5, 2018, the Court granted the parties' stipulation to continue the Case Management Conference to December 18, 2018, with the case management statement due on December 11, 2018;

WHEREAS, the parties' settlement discussions continue to be at a standstill;

WHEREAS, the exhaustion process contemplated by the Court's March 6, 2018 Order is underway and Kaiser requested additional information from Plaintiff, including photographs and

1

| | |
|---|---|
| 1 | records that were received by Kaiser's counsel on October 30, 2018 and December 4, 2018, to |
| 2 | consider as part of Plaintiff's submissions. The parties believe that a reasonable continuance of the |
| 3 | Case Management Conference for approximately sixty (60) days should enable Kaiser to complete |
| 4 | its consideration of Plaintiff's submissions and complete the initial review so that the parties may |
| 5 | assess the outstanding issues and develop a plan for moving forward; THEREFORE, IT IS |
| 6 | HEREBY STIPULATED AND RESPECTFULLY REQUESTED that this Court continue the |
| 7 | December 18, 2018 case management conference to Tuesday, February 26, 2019 at 2:00 p.m., and |
| 8 | that the due date for the joint case management statement be continued to Tuesday, February 19, |
| 9 | 2019. The parties will address the issues itemized by the Court in its March 6, 2018 order in the |
| 10 | parties' joint case management statement. |

DATED: December 6, 2018

GIANELLI & MORRIS

By: /s/ Adrian J. Barrio
ROBERT S. GIANELLI
JOSHUA S. DAVIS
ADRIAN J. BARRIO
Attorneys for Plaintiff

DATED: December 6, 2018

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Robert J. Guite
MOE KESHAVARZI
JOHN T. BROOKS
ROBERT J. GUITE
ANDREA N. FEATHERS
Attorneys for Defendant Kaiser
Foundation Health Plan, Inc.

## SIGNATURE CERTIFICATION

As the attorney e-filing this document, I hereby certify that this document is acceptable to Defendants' counsel Robert J. Guite and that I have his authorization to affix his electronic signature to this document.

DATED: December 6, 2018                                         GIANELLI & MORRIS

                                                               By:  /s/ Adrian J. Barrio
                                                                    ROBERT S. GIANELLI
                                                                    JOSHUA S. DAVIS
                                                                    ADRIAN J. BARRIO
                                                                    Attorneys for Plaintiff

|   | **[PROPOSED] ORDER** |
|---|---|
| 1 | |
| 2 | In accordance with the above Stipulation of the parties which is hereby incorporated by |
| 3 | reference, and for good cause appearing therefore, the Court orders as follows: |
| 4 | IT IS HEREBY ORDERED that the case management conference set for December 18, |
| 5 | 2018 at 2:00 p.m. be continued to February 26, 2019 at 2:00 p.m. The due date for the joint case |
| 6 | management statement is continued to February 19, 2019. |

DATED: December __11__, 2018



_____
Haywood S. Gilliam, Jr.
United States District Judge

---

4

*Joint Stipulation and Request To Continue CMC  [CN: 4:17-cv-1076-HSG]*