1  ROBERT S. GIANELLI, #82116
2  JOSHUA S. DAVIS, #193187
   ADRIAN J. BARRIO, #219266
3  GIANELLI & MORRIS, A Law Corporation
   550 South Hope Street, Suite 1645
4  Los Angeles, California 90071
5  Tel: (213) 489-1600; Fax: (213) 489-1611
   rob.gianelli@gmlawyers.com
6  joshua.davis@gmlawyers.com
   adrian.barrio@gmlawyers.com
7

8  Attorneys for Plaintiff
   JACQUELINE ADAN, on behalf of herself and
9  all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JACQUELINE ADAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br>    Defendant. | CASE NO.: 4:17-cv-01076 HSG<br><br>**REQUEST AND ORDER FOR TELEPHONICE APPEARANCE FOR CASE MANAGEMENT CONFERENCE**<br><br>Date: December 18, 2018<br>Time: 2:00 p.m.<br>Dept.: 2, 4th Floor<br>Judge: Haywood S. Gilliam |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | Pursuant to Local Rule 16-10, Plaintiff respectfully requests that this Court |
| 3 | grant permission to Gianelli & Morris, Counsel for Plaintiff Jacqueline Adan, to |
| 4 | appear by telephone for the Case Management Conference scheduled for December |
| 5 | 18, 2018, at 2:00 p.m. in Department 2, 4th Floor. Gianelli & Morris is located in |
| 6 | Los Angeles, California. Personal appearance would cause a hardship on Counsel |
| 7 | for Plaintiff in that travel time and further expense would be incurred. If this request |
| 8 | is granted, Adrian J. Barrio will make a telephonic appearance on behalf of Plaintiff |
| 9 | at the appointed date and time, by the way of the Gianelli & Morris landline. |
| 10 | Defendant does not oppose this request. |

DATED: December 12, 2018       GIANELLI & MORRIS

By: /s/ Adrian J. Barrio
ROBERT S. GIANELLI
JOSHUA S. DAVIS
ADRIAN J. BARRIO
Attorneys for Plaintiff

# ORDER

The request of Adrian J. Barrio to appear telephonically at the Case Management Conference scheduled for December 18, 2018 at 2:00 p.m. is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: December 12, 2018

_____
Honorable Haywood S. Gilliam, Jr.