ROBERT S. GIANELLI, #82116
ADRIAN J. BARRIO, #219266
HOWARD LORING ROSE, #251727
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, California 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
adrian.barrio@gmlawyers.com
loring.rose@gmlawyers.com

Attorneys for Plaintiff
JACQUELINE ADAN, on behalf of herself and
all others similarly situated

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MOE KESHAVARZI, Cal. Bar No. 223759
JOHN T. BROOKS, Cal. Bar No. 167793
ROBERT J. GUITE, Cal. Bar No. 244590
ANDREA N. FEATHERS, Cal. Bar No. 287188
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Tel: (213) 620-1780; Fax: (213) 620-1398
mkeshavarzi@sheppardmullin.com
jbrooks@sheppardmullin.com
rguite@sheppardmullin.com
afeathers@sheppardmullin.com

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JACQUELINE ADAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | CASE NO.: 4:17-cv-01076-HSG (MEJx)<br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER**<br><br>[Fed. R. Civ. P. 41] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JACQUELINE ADAN ("Plaintiff"), on the one hand, and Defendant KAISER FOUNDATION HEALTH PLAN, INC. ("Defendant"), on the other, by and through counsel, hereby stipulate and agree, subject to the order of the Court, that this matter shall be and is DISMISSED WITH PREJUDICE. Defendant waives any right it may have to seek recovery of costs.

DATED: August 23, 2019  GIANELLI & MORRIS, ALC

By: /s/ *Howard Loring Rose*
ROBERT S. GIANELLI
HOWARD LORING ROSE
ADRIAN J. BARRIO
Attorneys for Plaintiff

DATED: August 23, 2019  SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ *Robert J. Guite*
MOE KESHAVARZI
JOHN T. BROOKS
ROBERT J. GUITE
ANDREA N. FEATHERS
Attorneys for Defendant

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document by Robert J. Guite and that Mr. Guite has authorized me to affix his electronic signature hereto.

DATED: August 23, 2019  By: /s/ *Howard Loring Rose*

///

///

///

1

*Stipulation of Dismissal With Prejudice*

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: 8/26/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE